# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODOLFO LECHUGA, et al., | Case No.: 2:22-cv-01944-APG-DJA |
| Plaintiffs | **Order Remanding Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| STONELAKE LUXURY RESIDENCES, LP, et al., | |
| Defendants | |

Defendants Pinnacle Property Management Services, LLC and Nicole Ganier removed this action from state court based on diversity jurisdiction. ECF No. 1.  Diversity jurisdiction requires complete diversity, meaning a plaintiff cannot be a citizen of the same state as any defendant. *Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 553 (2005).  By the removing defendants' own notice of removal, there is not complete diversity in this action because both plaintiff Rodolfo Lechuga and defendant Nicole Ganier are Nevada citizens. ECF No. 1 at 4-5.[1]  Consequently, I remand this action for lack of subject matter jurisdiction.

I THEREFORE ORDER that this action the case is remanded to the state court from which it was removed.  The clerk of court is instructed to close this case.

DATED this 21st day of November, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] The removing defendants also do not identify the citizenship of the consolidated plaintiffs or the citizenship of the partners and members of the partnership and limited liability defendants. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that partnerships and limited liability companies have the citizenship of their partners and members).